IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO.

SEALED DOCUMENT : ORDER SEALING CRIMINAL
COMPLAINT, SUPPORTING
: AFFIDAVIT TO CRIMINAL
COMPLAINT AND ARREST WARRANT

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Supporting Affidavit to Criminal Complaint and Arrest Warrant be sealed and kept from public inspection until further Order of this Court.

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE